UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL J. PYLE and CANDY PYLE,<br><br>                   Plaintiffs,<br><br>                   v.<br><br>THE NATIONAL FOOTBALL LEAGUE,<br>NFL PROPERTIES, LLC,<br><br>                   Defendants. | Case No. 12-cv-6493<br><br>ECF Case<br><br>Referred to: Judge Katherine B. Forrest |

## NOTICE OF MOTION TO STAY

PLEASE TAKE NOTICE THAT, upon the supporting memorandum of law and Declaration of Douglas M. Burns with attached exhibits, defendants the National Football League and NFL Properties, LLC shall move this Court, before the Honorable Katherine B. Forrest, at the United States Courthouse, 500 Pearl Street, New York, New York, Courtroom 15A, at a date and time to be determined by the Court, for an order staying this action pending a decision by the Judicial Panel on Multidistrict Litigation whether this case should be transferred to the Eastern District of Pennsylvania to become part of In re: National Football League Players' Concussion Injury Litigation, 12-md-2323 (E.D. Pa.), as a "tag-along" action pursuant to J.P.M.L. Rule 7.1.

Dated: New York, New York
       August 28, 2012

        Respectfully submitted,

        PAUL, WEISS, RIFKIND,
           WHARTON & GARRISON LLP

        By: /s/ Brad S. Karp
            Brad S. Karp (bkarp@paulweiss.com)
            Theodore V. Wells, Jr. (twells@paulweiss.com)
            Beth A. Wilkinson (bwilkinson@paulweiss.com)
            Lynn B. Bayard (lbayard@paulweiss.com)
1285 Avenue of the Americas
New York, New York  10019-6064
Tel. (212) 373-3000
Fax (212) 757-3990

*Attorneys for the NFL Defendants*

## CERTIFICATE OF SERVICE

I certify under penalty of perjury, pursuant to 28 U.S. C. § 1746, that on August 28, 2012 I caused to be served upon the following, by First Class U.S. Mail, postage prepaid, a true copy of the Notice of Motion to Stay:

Gene Locks
Locks Law Firm PLLC
747 Third Avenue, 37th Floor
New York, NY 10017

*Attorneys for Plaintiffs*

/s/ Douglas M. Brua